IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-00081-KD |
| ) | |
| OTTO HENDRICK HORSTING, III, ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This matter is before the court on the Motion to Continue Trial filed by the United States (Doc. 60).

Upon due consideration of the grounds cited by counsel, the motion is hereby **GRANTED**. The court finds that a continuance of the trial is appropriate pursuant to 18 U.S.C. § 3161(h)(3)(A), and that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Therefore, trial is hereby **CONTINUED** to the **February 2016** criminal term, which commences with jury selection beginning on **February 1, 2016**.

The clerk is directed to refer this matter to the Magistrate Judge to schedule a pretrial conference during the month of **January, 2016**.

**DONE and ORDERED** this 30th day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE